JAN-05-2015 10:13    From:903-677-7279                    Page:1/1

## Marilyn Roaf

| | |
|---|---|
| **From:** | Rusty Abney <AbneyR@tvec.coop> |
| **Sent:** | Tuesday, November 25, 2014 9:48 PM |
| **To:** | bray@co.henderson.tx.us |
| **Cc:** | mroaf@co.henderson.tx.us |
| **Subject:** | 2013C-0589 |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/5/2015 4:07:06 PM

CATHY S. LUSK
Clerk

I'm writing to tell you that I'm no longer in need of the the court transcripts from my divorce at this time. Please put them on hold. I will let the 12th court of appeals know.

Thank you,
Rusty Abney


Sent from my iPhone